IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bane, William R | Case Number: 04 B 37623 |
|---|---|---|
| | Bane, Cyrstal E | Judge: Hollis, Pamela S |
| | Printed: 10/9/07 | Filed: 10/8/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: July 5, 2007
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 39,516.69 | |
| Secured: | | 26,982.16 |
| Unsecured: | | 7,736.98 |
| Priority: | | 0.00 |
| Administrative: | | 2,780.00 |
| Trustee Fee: | | 2,017.12 |
| Other Funds: | | 0.43 |
| Totals: | 39,516.69 | 39,516.69 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,780.00 | 2,780.00 |
| 2. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 5. | General Motors Acceptance Corp | Secured | 26,982.16 | 26,982.16 |
| 6. | ECast Settlement Corp | Unsecured | 191.55 | 191.55 |
| 7. | Discover Financial Services | Unsecured | 474.07 | 474.07 |
| 8. | Discover Financial Services | Unsecured | 208.82 | 208.82 |
| 9. | ECast Settlement Corp | Unsecured | 139.80 | 139.80 |
| 10. | ECast Settlement Corp | Unsecured | 146.99 | 146.99 |
| 11. | ECast Settlement Corp | Unsecured | 17.85 | 17.85 |
| 12. | ECast Settlement Corp | Unsecured | 665.32 | 665.32 |
| 13. | American Express Centurion | Unsecured | 380.36 | 380.36 |
| 14. | ECast Settlement Corp | Unsecured | 593.17 | 593.17 |
| 15. | Resurgent Capital Services | Unsecured | 331.72 | 331.72 |
| 16. | American Express Centurion | Unsecured | 1,358.46 | 1,358.46 |
| 17. | Resurgent Capital Services | Unsecured | 457.61 | 457.61 |
| 18. | Harris Bank | Unsecured | 1,245.16 | 1,245.16 |
| 19. | General Motors Acceptance Corp | Unsecured | 545.78 | 545.78 |
| 20. | Resurgent Capital Services | Unsecured | 432.07 | 432.07 |
| 21. | Resurgent Capital Services | Unsecured | 548.25 | 548.25 |
| 22. | Harris Bank | Secured | | No Claim Filed |
| 23. | Harris Bank | Unsecured | | No Claim Filed |
| 24. | CB USA | Unsecured | | No Claim Filed |
| 25. | Amex Assurance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bane, William R
Bane, Cyrstal E
Printed: 10/9/07

Case Number: 04 B 37623
Judge: Hollis, Pamela S
Filed: 10/8/04

| | | | |
|---|---|---|---|
| 26. Capital One | Unsecured | | No Claim Filed |
| 27. Capital One | Unsecured | | No Claim Filed |
| 28. CB USA Sears | Unsecured | | No Claim Filed |
| 29. BP/Citi | Unsecured | | No Claim Filed |
| 30. Cabela's Visa | Unsecured | | No Claim Filed |
| 31. Direct Merchants Bank | Unsecured | | No Claim Filed |
| 32. Crestar Bank | Unsecured | | No Claim Filed |
| 33. Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 34. CB USA Sears | Unsecured | | No Claim Filed |
| 35. MBNA America | Unsecured | | No Claim Filed |
| 36. Credit First | Unsecured | | No Claim Filed |

_____  _____
$ 37,499.14  $ 37,499.14

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 214.24 |
| 4% | 120.00 |
| 3% | 90.00 |
| 5.5% | 495.00 |
| 5% | 150.00 |
| 4.8% | 288.00 |
| 5.4% | 659.88 |

_____
$ 2,017.12

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_